## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eCapital LLC, | Case No. 7:20-cv-00244-PMH |
| Plaintiff, | |
| v. | |
| 848 Global LLC and Eliakim Omar Johnson, | |
| Defendants. | |

> Plaintiff's motion for entry of default judgment is denied without prejudice. Plaintiff is directed to consult, and comply with, Rule 4(B) of the Court's Individual Practices.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> October 5, 2020

**TO:** 848 Global LLC
154 Darin Road
Warwick, NY 10990

Eliakim Omar Johnson
154 Darin Road
Warwick, NY 10990

### NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS 848 GLOBAL LLC AND ELIAKIM OMAR JOHNSON

**PLEASE TAKE NOTICE** that Plaintiff, eCapital LLC, by and through its counsel, Clark Hill PLC, will move pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, against Defendants 848 Global LLC and Eliakim Omar Johnson, before the Honorable Philip M. Halpern at the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom: 12D at 10 o'clock in the morning on September 30, 2020, or as soon thereafter as counsel may be heard for

1

an Order entering Final Judgment by Default as more fully appears in Plaintiff's Affidavit of Amount Due and Non-Military Service submitted herewith.

In support of the instant Motion for Final Judgment by Default, Plaintiff shall rely upon the accompanying Memorandum of Law, Affidavit of Kenneth Judd, and the Declaration of Boris Brownstein, Esq., with the exhibits, and all pleadings of record in support of this motion.

| | |
|---|---|
| September 2, 2020<br>New York, New York | Respectfully submitted,<br><br>CLARK HILL PLC<br><br>By: /s/ Boris Brownstein<br>Boris Brownstein, Esq.<br>830 Third Avenue<br>Suite 200<br>New York, NY 10022<br>bbrownstein@clarkhill.com<br>*eCapital LLC* |