**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**(WHITE PLAINS)**

| | |
|---|---|
| eCapital LLC, | Case No. 7:20-cv-00244-PMH |
| Plaintiff, | |
| v. | |
| 848 Global LLC; Eliakim Omar Johnson, | |
| Defendants. | |

**DEFAULT JUDGMENT AGAINST DEFENDANT ELIAKIM OMAR JOHNSON**

**THIS MATTER** having come before the Court on the application of Plaintiff, eCapital LLC, for entry if as final judgment by default against Defendants 848 Global LLC and Eliakim Omar Johnson, jointly and severally, and the Court having considered the papers filed in support thereof, and Defendants' failing to appear, plead or defend against the Complaint or this motion for default judgment; and it appearing that Plaintiff is entitled to a default judgment pursuant to Rule 55(b) against Defendant Eliakim Omar Johnson ; and it appearing that Plaintiff is not presently entitled to a default judgment against 848 Global LLC; and for other good cause shown;

**IT IS ON THIS** day December 23, 2020, ORDERED:

**FINAL JUDGMENT** is entered in favor of Plaintiff eCapital LLC, against Defendant Eliakim Omar Johnson in the amount of $88,775.00, plus prejudgment interest shall accrue at the rate of 9% from May 29, 2019 through the date of this Order in the amount of $12,542.81, together with costs and disbursements in the amount of $480, for a total judgment amount of $101,797.81. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961 from the date of this Order.

_____
Philip M. Halpern
United States District Judge