UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ECAPITAL LLC,

                                Plaintiff,

v.

                                                          **ORDER**

848 GLOBAL LLC and ELIAKIM OMAR
JOHNSON,                                          20-cv-00244 (PMH)

                                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On November 12, 2019, Plaintiff eCapital LLC ("Plaintiff") commenced this action against 848 Global LLC ("848 Global") and Eliakim Omar Johnson ("Johnson," and collectively, "Defendants"). (Doc. 1). The Clerk's Office issued a Certificate of Default as to Johnson on April 30, 2020 (Doc. 16) and as to 848 Global on June 24, 2020 (Doc. 19). Thereafter, Plaintiff moved for entry of a default judgment pursuant to Federal Rule of Civil Procedure 55 (Doc. 20), and the Court issued an Order to Show Cause directing Defendants to show cause why an order granting Plaintiff's application for default judgment should not be issued (Doc. 29). Defendants did not respond to the show cause order.

      On December 23, 2020, the Court held a conference to address Plaintiff's motion for default judgment; Defendants did not appear. (Dec. 23, 2020 Entry). The Court granted Plaintiff's application for an order entering default judgment as to Johnson and denied without prejudice Plaintiff's request for an entry of default judgment against 848 Global. (Doc. 32). Subsequent to the December 23, 2020 default judgment order, nothing has been filed on the docket.

Accordingly, by April 14, 2021, Plaintiff shall notify the Court whether it intends to pursue claims against 848 Global or whether it intends to voluntarily dismiss its claims against 848 Global pursuant to Federal Rule of Civil Procedure 41.

Dated: White Plains, New York
      March 31, 2021

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge